**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

| | |
|---|---|
| **JOHN HIRSH** ) ) ) **Plaintiff,** ) ) **v.** ) ) **ENHANCED RECOVERY** ) **COMPANY, LLC** ) ) **Defendant.** ) | 8:15-cv-02697-VMC-JSS |

### NOTICE OF SETTLEMENT

     Plaintiffs, by and through their undersigned counsel, hereby notify the Court that they have settled all of their claims with Enhanced Recovery Company, LLC and the Parties shall finalize the appropriate documentation with the Court within thirty (30) days. Accordingly, after such documentation is filed the Plaintiffs request claims against Enhanced Recovery Company, LLC shall be dismissed with prejudice, and respectfully request that the Court issue an Order pursuant to Rule 41.1(a)(2) of the Federal Rules of Civil Procedure dismissing the entire case. Plaintiffs also request that the Court oversee the case for an additional 120 days, so that the settlement can be fully and finally executed by and among the parties.

                                                         Respectfully submitted,

                                                         **FRANCIS & MAILMAN, P.C.**

                            By:    */s/ Erin A. Novak*
                                    ERIN A. NOVAK (*pro hac vice*)
                                    Land Title Building, 19th Floor
                                    100 South Broad Street
                                    Philadelphia, PA 19110
                                    (215) 735-8600
Dated: March 3, 2016                  *Attorneys for Plaintiffs*